IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN ALEJANDRO** *et al.* | : |
| | : |
| | : |
| **v.** | :    **CIVIL ACTION NO. 22-897** |
| | : |
| **FREEDOM MORTGAGE** | : |
| **CORPORATION** | : |

**ORDER**

This 8th day of June, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 7, is **GRANTED**. Plaintiffs' Complaint is **DISMISSED** without prejudice**.** Plaintiffs are **GRANTED** leave to amend their complaint within thirty (30) days of the date of this Order.

Plaintiffs' Motion for Summary Judgment, ECF 9, is **DENIED.** Defendant's Motion to Strike Plaintiffs' Motion for Summary Judgment, ECF 13, is **DENIED** as moot.

                                                           /s/ Gerald Austin McHugh
                                                    United States District Judge