# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN ALEJANDRO** *et al.* | : | |
| | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-897** |
| | : | |
| **FREEDOM MORTGAGE** | : | |
| **CORPORATION** *et al.* | : | |

## <u>ORDER</u>

This 30th day of August, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 27, 29, are **GRANTED**. Plaintiffs' Amended Complaint is **DISMISSED** with prejudice**.**

By virtue of this dismissal, Plaintiffs' Motion for Discovery, ECF 30, and Motion to Compel Arbitration, ECF 34, are **DENIED** as moot.

<u>   /s/ Gerald Austin McHugh   </u>
United States District Judge